IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| SOLUTIONS LLC,          )<br>                                       )<br>            Plaintiff,        )<br>                                       )<br>    v.                             )<br>                                       )<br>THE TRIZETTO GROUP, INC.  )<br>                                       )<br>            Defendant.     ) | Case No. MS 5820<br><br>Case Pending in the United States<br>District Court, District of Delaware,<br>04-1258-SLR |

Having reviewed the parties' Stipulation, IT IS HEREBY ORDERED that the stipulation is APPROVED and Plaintiff shall file a response to Non-Party Blue Cross of Idaho Health Service, Inc.'s Motion to Quash on or before June 3, 2005.

DATED: **May 16, 2005**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge